Antonio Valla, Esq. (SBN 136256)
Michael Purcell, Esq. (SBN 229506)
Stefano Abbasciano, Esq. (SBN 277680)
Valla & Associates, Inc., P.C.
1990 N. California Blvd., Suite 1060
Walnut Creek, CA 94596
Telephone: 925.705.7623
Fax: 925.705.7629

Attorneys for Plaintiffs
CO.ME.P. INFISSI S.r.l.

Valla & Associates, Inc., P.C.
1990 N. California Blvd., Suite 1060,
Walnut Creek, CA 94596
www.vallalaw.com

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CO.ME.P. INFISSI S.r.l., an Italian Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COORITALIA, INC., a California Corporation,<br><br>　　　　Defendant. | Case Number: CV13-2257<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1). Each party to bear its own attorney's fees and costs in connection with this action.

///

CASE NO. CV13-2257　　　　　　　STIPULATION OF DISMISSAL WITH PREJUDICE

Dated: March 13, 2014

VALLA & ASSOCIATES, INC., P.C.

By: _____/s/ Stefano Abbasciano_____
Antonio Valla
Michael P. Purcell
Stefano Abbasciano

Attorneys for Plaintiff
CO.ME.P. INFISSI S.r.l.

Dated: March 13, 2014

SQUIRE SANDERS (US) LLP

By: _ /s/ Ethan H. Seibert_____
   Joseph A. Meckes
   Ethan H. Seibert

Attorneys for Defendant
COORITALIA, INC.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures

Manual, I hereby certify that the content of this document is acceptable to Ethan H. Seibert,

counsel for Defendant COORITALIA, INC., and that I have obtained Mr. Seibert's authorization

to affix his electronic signature to this document.

Dated: March 13, 2014

VALLA & ASSOCIATES, INC., P.C.

By: _____/s/ Stefano Abbasciano_____
Antonio Valla
Michael P. Purcell
Stefano Abbasciano

Attorneys for Plaintiff
CO.ME.P. INFISSI S.r.l.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: ___April 2, 2014___

GRANTED

Judge Edward M. Chen

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT

CASE NO. CV13-2257          STIPULATION OF DISMISSAL WITH PREJUDICE

Valla & Associates, Inc., P.C.
1990 N. California Blvd., Suite 1060,
Walnut Creek, CA 94596
www.vallalaw.com